**Order entered May 28, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01388-CR

**MARCUS LEE HOLMQUIST, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law**
**Rockwall County, Texas**
**Trial Court Cause No. CR13-0496**

## ORDER

Appellant's May 22, 2014 fourth motion to extend the time to file appellant's brief is

**GRANTED**. Appellant's brief received by the Clerk of the Court on May 23, 2014 is

**DEEMED** timely filed on the date of this order.

The State's brief shall be due **THIRTY DAYS** from the date of this order.

/s/     LANA MYERS
JUSTICE